JOHN W. DUNICAN, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Dunican* v. *Union Railway Co.*, 56. App. Div. 181, affirmed.
(Argued June 16, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 2, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frank A. Irish, Charles F. Brown* and *Henry A. Robinson* for appellant.

*William J. Martin* and *John F. Foley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.